## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____ 05 - CV - 02015-○○

**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 13 2005

GREGORY C. LANGHAM
CLERK

DANIEL HARRISON,

      Plaintiff,

v.

BILL OWENS,
MAYOR HICKENLOOPER,
CITY AND COUNTY OF DENVER,
CHIEF RON FOOS,
MAJOR WILSON,
SGT. TURNIC,
SGT. BROWN,
DEPUTY STRONG,
DEPUTY VOGEL,
DEPUTY MURRY,
DEPUTY COLBURN, DEPUTY PITZ,
DEPUTY PEREZ (female),
BETH LINDROOS (HSA) M.D.,
DR. CRUM, DR. HIRSH AND COMPLETE MEDICAL STAFF OF CITY AND COUNTY
      JAIL,
JANE AND JOHN DOE 1-100,
COLORADO STATE BOARD OF NURSING PROGRAM DIRECTOR,
NANCY SMITH, PhD, R.N.,
DENNIS CLENNIN,
DEPARTMENT OF REGELATORY [sic] AGENCIES,
TAMBOR WILLIAMS,
DIVISION OF REGISTRATIONS ROSEMARY MCCOOL,
STEWARD HERMAN,
STEWARD FRANKIE JOHNSON,
STATE OFFICE OF THE PUBLIC DEFENDER,
DAVIC KAPLAN,
CHARLES GARCIA,
JOHN VENTURA,
KAREN MCGOVERN,
JOSEPH HUFF,
NOKIA BLAND,
CHRISTINE ANTONE,

FERNANDO FREYRE,
STEWART FRANKIE JOHNSON,
STEWART HERMAN,
DEPUTY JACKSON,
STG. BROWN, and
SGT. TURIC,

      Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The *in forma pauperis* motion was submitted to the court in an envelope that also contained individual *in forma pauperis* motions from a number of other inmates at the Denver County Jail. The court has determined that the documents is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    __     is not submitted
(2)    __     is missing affidavit
(3)    xx     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)    __     is missing required financial information
(5)    __     is missing an original signature by the prisoner
(6)    __     is not on proper form (must use the court's current form)
(7)    __     names in caption do not match names in caption of complaint, petition or habeas application
(8)    __     An original and a copy have not been received by the court. Only an original has been received.
(9)    __     other _____

**Complaint, Petition or Application:**

(10)    xx    is not submitted

(11)    __    is not on proper form (must use the court's current form)

(12)    __    is missing an original signature by the prisoner

(13)    __    is missing page nos. ___

(14)    __    uses et al. instead of listing all parties in caption

(15)    __    An original and a copy have not been received by the court. Only an original has been received.

(16)    __    Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)    __    names in caption do not match names in text

(18)    __    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _13_ day of _October_____, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05 - CV - 02015 ~OES

Daniel Harrison
Reg. No. 1455201
DCJ
P.O. Box 1108
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on  _10·13-05_

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk